USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases** | 24-cv-05454 (ER) (BCM)<br>24-cv-05455 (JAV) (BCM)<br>24-cv-05456 (AKH)(BCM)<br>24-cv-05457 (JGK) (BCM)<br>24-cv-05458 (VM) (BCM)<br>24-cv-05459 (JAV) (BCM)<br>24-cv-05460 (LJL) (BCM)<br>24-cv-05462 (GHW)(BCM)<br>24-cv-05463 (JLR) (BCM)<br>24-cv-05464 (JGK) (BCM)<br>24-cv-05465 (GHW)(BCM)<br>24-cv-05466 (JHR) (BCM) |
| *This filing relates to*:<br>All Coordinated Cases | **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of (i) defendants' letter-motion to seal, dated March 3, 2025, accompanied by excerpts from the deposition of nonparty witness Christopher Woods (Woods Deposition Excerpts) filed under seal; (ii) non-party TuneSat LLC's letter, dated March 10, 2025, explaining the need to seal the unredacted Woods Deposition Excerpts, accompanied by the declaration of Mr. Woods; and (iii) the Woods Deposition Excerpts with TuneSat's proposed redactions highlighted, filed under seal. Defendants' motion to seal is GRANTED to the extent that the unredacted Woods Deposition Excerpts may remain under seal. The Court approves TuneSat's proposed redactions, and directs defendants to file the Woods Deposition Excerpts on the public docket with those approved redactions.

The Clerk of Court is respectfully directed to close the following:

1. Dkt. 50 in 24-cv-05454 (ER) (BCM)

2. Dkt. 43 in 24-cv-05455 (JAV) (BCM)

3. Dkt. 40 in 24-cv-05456 (AKH)(BCM)

4. Dkt. 44 in 24-cv-05457 (JGK) (BCM)

5. Dkt. 45 in 24-cv-05458 (VM) (BCM)

6. Dkt. 42 in 24-cv-05459 (JAV) (BCM)

7. Dkt. 41 in 24-cv-05460 (LJL) (BCM)

8. Dkt. 46 in 24-cv-05462 (GHW)(BCM)

9. Dkt. 53 in 24-cv-05463 (JLR) (BCM)

10. Dkt. 48 in 24-cv-05464 (JGK) (BCM)

11. Dkt. 50 in 24-cv-05465 (GHW)(BCM)

12. Dkt. 54 in 24-cv-05466 (JHR) (BCM)

Dated: New York, New York  
       March 18, 2025

**SO ORDERED**.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**